### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| ASSOCIATED INDUSTRIES INS. CO., INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>QUICK SERVE EMERY, LLC,<br>RHODY DEVELOPMENT, LLC,<br>VISHAL PATEL, MUKESH PATEL<br>PERFECT ROBINSON, GREG L.<br>WATKINS, SR., as Grandfather and<br>Guardian of Anahi Janae Watkins and<br>Ke' Auri Watkins, and as Administrator<br>Of the Estate of Greg L. Watkins, Jr.,<br>KRUNAL PATEL, RAJINDER<br>KAURA, and RSP AMUSEMENT, INC.,<br><br>    Defendants | )(<br>)(<br>)(<br>)(<br>)(  Case No. 5:23-cv-00201 - TES<br>)(<br>)(<br>)(<br>)(<br>)(<br>)(<br>)(<br>)(<br>)(<br>)(<br>)(<br>)(<br>)( |

### DEFENDANT RHODY DEVELOPMENT, LLC'S
### CORPORATE DISCLOSURE STATEMENT

Defendant Rhody Development, LLC, Inc. files this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 87, showing the Court as follows:

1. Rhody Development, LLC does not have a parent company.

2. No publicly held company currently holds a 10% or more ownership interest in Rhody Development, LLC.

3. Rhody Development, LLC is a Georgia Limited Liability Company with its principal place of business located in Thomas County, Georgia.

4. The members of Rhody Development, LLC are all citizens of the United States in the State of Georgia and Thomas County.

Respectfully submitted, this 28th day of June, 2023.

                                          ***/s/ Robert D. Howell***
                                          Ga. Bar No. 372598
                                          Attorney for Defendant Rhody Development, LLC

HOWELL LAW FIRM, P.C.
P.O. Box 100
Moultrie, Georgia 31776
(229) 985-5300
(229) 891-3378 - fax
robert.howell@southgalaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the within and forgoing **DEFENDANT RHODY DEVELOPMENT, LLC'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

> William Allred
> Elizabeth G. Howard
> Barrickman, Allred & Young, LLC
> 5775 Glenridge Dr. NW Ste E100
> Atlanta, GA 30328
> was@bayatl.com
> egh@bayatl.com

Respectfully submitted this 28th day of June, 2023.

> HOWELL LAW FIRM, P.C.
> **/s/ *Robert D. Howell***
> ROBERT D. HOWELL
> Georgia Bar No. 372598
> P.O. Box 100
> Moultrie, Georgia 31776
> Tel: (229) 985-5300
> Fax: (229) 891-3378
> robert.howell@southgalaw.com