UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ASSOCIATED INDUSTRIES INS. CO., INC.. | : |
| Plaintiff, | : CASE NO. 5:23-cv-00201-TES |
| vs. | : Declaratory Judgment Action |
| QUICK SERVE EMERY, LLC, RHODY DEVELOPMENT, LLC, VISHAL PATEL, MUKESH PATEL, PERFECT ROBINSON, GREG L. WATKINS, SR., as Grandfather and Guardian of Anahi Janae Watkins and Ke'Auri Watkins, and as Administrator of the Estate of Greg L. Watkins, Jr., KRUNAL PATEL, RAJINDER KAURA, and RSP AMUSEMENT, INC., | : Jury Trial Demanded |
| Defendants. | : |

## CONSENT JUDGMENT

ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC. ("Associated") filed this declaratory judgment action contending it owes no or little coverage to the defendants for claims asserted against them in three civil actions: (1) *Perfect Robinson v. Quick Serve Emery, LLC, Vishal Patel, Rhody Development, LLC, and Mukesh Patel*, Civil Action No. 23SCCV-095543, (2) *Greg L. Watkins, Sr., as Grandfather and Guardian of Anahi Janae Watkins and Ke'Auri Watkins, and as Administrator of the Estate of Greg L. Watkins, Jr. v. Quick Serve Emery, LLC, Vishal Patel, Rhody Development, LLC, RSP Amusement, Inc., Krunal Patel, Mukesh Patel, and Rajinder Kaura*, Civil Action No. 2022-CV-077233, and (3) *Greg L. Watkins, Sr., as Grandfather and Guardian of Anahi Janae Watkins and Ke'Auri Watkins, and as Administrator of the Estate*

of *Greg L. Watkins, Jr. v. Christopher Lamar*, Civil Action No. 2023-CV-078680 – all in Bibb County State Court (the "Underlying Actions").

KRUNAL PATEL, RAJINDER KAURA, and RSP AMUSEMENT, INC. ("RSP Defendants") are defendants in this action. They are former defendants in *Watkins v. Quick Serve Emery, LLC*, Civil Action No. 2022-CV-077233. The RSP Defendants acknowledge they were personally served with Summons and the Complaint, and they concede that they are not covered insureds under Associated's insurance policy issued to Quick Service Emery, LLC. The RSP Defendants therefore consent to judgment being entered by this Court declaring that Associated owes no coverage obligations to any of them under said insurance policy, No. AES1206323 00 (the "Policy"), which was in effect from January 18, 2021 to January 18, 2022.

This Court therefore declares that Associated owes the RSP Defendants no coverage whatsoever, neither a defense nor indemnification, under the Policy for claims articulated in the Underlying Actions or otherwise stemming from the shootings of Greg Watkins, Jr. and Perfect Robinson.

SO ORDERED this __ day of July, 2023.

Tilman E. (Tripp) Self, III
Judge, United States District Court

Consented to by:

/s/ William Allred
Counsel for Plaintiff
Ga. Bar No. 000320

Barrickman, Allred & Young, LLC
5775 Glenridge Dr NE Ste E100
Atlanta, GA 30328
404-790-0123
wsa@bayatl.com

/s/ Christopher Anulewicz
Counsel for RSP Defendants
Ga. Bar No. 020914
Bradley Arant Boult Cummings, LLC
1230 Peachtree St NE Ste 600
Atlanta, GA 30309
404-868-2030
canulewicz@bradley.com