UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ASSOCIATED INDUSTRIES INS. CO., INC., | : | |
| | : | |
| Plaintiff, | : | CASE NO. 5:23-cv-00201-TES |
| | : | |
| vs. | : | Declaratory Judgment Action |
| | : | |
| QUICK SERVE EMERY, LLC, RHODY DEVELOPMENT, LLC, VISHAL PATEL, MUKESH PATEL, CHRISTOPHER LAMAR, GREG L. WATKINS, SR., as Grandfather and Guardian of Anahi Janae Watkins and Ke'Auri Watkins, and as Administrator of the Estate of Greg L. Watkins, Jr., | : | Jury Trial Demanded |
| | : | |
| Defendants. | : | |

## **CONSENT JUDGMENT**

ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC. ("Associated") filed this declaratory judgment action contending it owes no or little coverage to the defendants for claims asserted against them in three civil actions: (1) *Perfect Robinson v. Quick Serve Emery, LLC, Vishal Patel, Rhody Development, LLC, and Mukesh Patel,* Civil Action No. 23SCCV-095543 ("Action 1"), (2) *Greg L. Watkins, Sr., as Grandfather and Guardian of Anahi Janae Watkins and Ke'Auri Watkins, and as Administrator of the Estate of Greg L. Watkins, Jr. v. Quick Serve Emery, LLC, Vishal Patel, Rhody Development, LLC, RSP Amusement, Inc., Krunal Patel, Mukesh Patel, and Rajinder Kaura,* Civil Action No. 2022-CV-077233 ("Action 2"), and (3) *Greg L. Watkins, Sr., as Grandfather and Guardian of Anahi Janae Watkins and Ke'Auri Watkins, and as Administrator of the Estate of Greg L. Watkins, Jr. v. Christopher Lamar,* Civil Action No. 2023-CV-078680 – all in Bibb County State Court ("Action 3") (together, the "Underlying Actions").

Christopher Lamar, CEO of Quick Serve Emery, LLC, was added to this action owing to Action 3. Krunal Patel, Rajinder Kaura, and RSP Amusement, Inc. ("RSP Defendants") have since been dismissed from this action. They are former defendants in Action 2. Perfect Robinson has likewise been dismissed from this action because his underlying, Action 1, was settled and dismissed.

Defendants in this action, Christopher Lamar, Vishnal Patel (whose correct name is Vishal Dave), and Quick Serve Emery, LLC (the "Quick Serve Defendants") concede that the assault & battery hazard sublimit of the Associated policy, No. AES1206323 00 (the "Policy"), which was in effect from January 18, 2021 to January 18, 2022, and under which they are insureds, applies to limit Associated's coverage applicable to the claims in the Underlying Actions to $25,000 per person. The Quick Serve Defendants also consent to judgment indicating that $25,000 of the applicable limits under the Policy were paid to Perfect Robinson in order to settle and dismiss Action 1. The Quick Serve Defendants consent to judgment indicating that the total balance of liability insurance coverage remaining under the Policy for all claims asserted against them in Action 2 and Action 3 is $25,000.

Therefore, this Court therefore declares and orders as follows with regard to the Quick Serve Defendants:

(1) All liability coverage that was available for claims asserted against the Quick Serve Defendants in the Underlying Actions is/was limited by the Assault & Battery Hazard Sublimit of said Policy to $25,000 per person/$50,000 in the aggregate;

(2) Associated paid the maximum amount of coverage it had for the claims asserted in Action 1, $25,000, and owes no other or additional coverage to Quick Serve Defendants for any claim asserted in Action 1; and

(3) A total of $25,000 of coverage remains under the Policy for any and all claims asserted in Action 2 and Action 3 against the Quick Serve Defendants and any other defendant. Associated will continue to owe a defense to the Quick Serve Defendants in Action 2 and Action 3 until those actions are resolved by judgment/appeal or settlement; and

(4) The Quick Serve Defendants are therefore dismissed from this action with prejudice. Plaintiff's claims in this action as asserted against Defendants Greg L. Watkins, Sr., as Grandfather and Guardian of Anahi Janae Watkins and Ke'Auri Watkins, and as Administrator of the Estate of Greg L. Watkins, Jr., Rhody Development, LLC, and Mukesh Patel remain pending

SO ORDERED this 13 day of December, 2023.

Tilman E. (Tripp) Self, Judge
United States District Court

Consented to by:

*/s/ William Allred*
William Allred, Counsel for Plaintiff
Ga. Bar No. 000320

Barrickman, Allred & Young, LLC
5775 Glenridge Dr NE Ste E100
Atlanta, GA 30328
404-790-0123
wsa@bayatl.com

*/s/ Christopher Lamar*
Christopher Lamar, Individually and as former CEO of Quick Serve Emery, LLC (w/permission), Defendants

2549 Bedford Pl
Macon, GA 31211
(678) 355-7641
QuickServeEmeryLLC@gmail.com

*/s/ Vishnal Dave*
Vishnal Dave (w/permission), referenced in suit as Vishnal Patel, *Pro Se Defendant*

584 Emery Hwy
Macon, GA 31211
VDave1953@gmail.com