IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ASSOCIATED INDUSTRIES INS. CO., INC., | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00201-TES |
| | * |
| QUICK SERVE EMERY, LLC, RHODY DEVELOPMENT, LLC, VISHAL PATEL, MUKESH PATEL, CHRISTOPHER LAMAR, GREG L. WATKINS, SR as Grandfather and Guardian of Anahi Janae Watkins, and Ke'Auri Watkins, and as Administrator of the Estate of Greg Lr. Watkins, Jr., | * * * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 3, 2024 and for the reasons stated therein, JUDGMENT is hereby entered dismissing the case.

This 4th day of January, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk